UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN THE MATTER OF AN APPLICATION     MEMORANDUM
OF THE UNITED STATES OF AMERICA     AND ORDER
FOR AN ORDER AUTHORIZING THE
USE OF A PEN REGISTER AND A     15-MC-1890 (JO)
TRAP AND TRACE DEVICE.
-----------------------------------------------------------X

JAMES ORENSTEIN, Magistrate Judge:

On October 5, 2015, the government submitted under seal an application seeking authorization to install and use a pen register device, as well as associated proposed orders. I respectfully direct the Clerk to maintain those documents under seal on the public docket of this matter. I further respectfully direct the Clerk to file on the public docket of the same matter my Memorandum and Order dated October 5, 2015, which ruled on the government's application without referring to any specific investigation that would compromise a continuing investigation.[1]

SO ORDERED.

Dated: Brooklyn, New York
October 6, 2015

/s/
JAMES ORENSTEIN
U.S. Magistrate Judge

---

[1] Before issuing the instant order, I allowed the government to review a draft of the Memorandum and Order so that it could identify any information in the document that should properly remain under seal; the government advised that the document contained no such information.